**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-7133**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

       v.

MICHAEL WENDELL HAIRSTON, a/k/a Godzilla,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Danville.  Jackson L. Kiser, Senior District Judge.  (4:06-cr-00018-jlk)

_____

Submitted:  March 27, 2008              Decided:  April 1, 2008

_____

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Wendell Hairston, Appellant Pro Se.  Ronald Andrew Bassford, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Wendell Hairston appeals the district court's orders denying his motion for transcripts at government expense and subsequent motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Hairston, No. 4:06-cr-00018-jlk (W.D. Va. June 21, 2007 & July 16, 2007). We deny Hairston's motion for transcripts at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED